**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                CASE NO.  3:05CR17/RV

MICHAEL REESE COFFMAN

**REFERRAL AND ORDER**

Referred to Judge Vinson on        09/07/2005
Type of Motion/Pleading DEFENDANT'S MOTION TO DISMISS COUNSEL
Filed by: DEFENDANT           on 9/6/05       Doc. No. 104
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                          on             Doc. No.
                                          on             Doc. No.
                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    s/Donna Bajzik
                                    Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   8th   day of   September  , 2005, that:

(a) The requested relief is DENIED.

(b) 

                                                    /s/ *Roger Vinson*
                                                    ROGER VINSON
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket:                 By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

                                                   Document No.