**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                     CASE NO.  3:05cr17-03/RV

MICHAEL REESE COFFMAN

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   June 9, 2006
Motion/Pleadings:  MOTION for Judgment of Acquittal

Filed by   Defendant     on 4/25/2006     Doc.#   120
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed       ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                             s/Jerry Marbut
LC (1 OR 2)            Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of  June , 2006, that:*

*(a) DENIED, for lack of jurisdiction.*
*(b) _____*

                              /s/ *Roger Vinson*
                              *ROGER VINSON*
                         *Senior United States District Judge*