**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      v.                                                Case No. 3:05cr17-03/RV

**MICHAEL REESE COFFMAN**

_____/

**ORDER**

      This matter has been remanded by the Eleventh Circuit Court of Appeals "for further proceedings." Although it is unclear from the Eleventh Circuit's opinion, it appears that the subject of the remand is the defendant's motion for an evidentiary hearing which was filed *pro se* by the defendant while his case was on direct appeal. (See doc. 121) Treating the motion as a Rule 33 motion, this Court has no authority to grant the request until the appellate court remands the case, but can "entertain the motion and either deny the motion on its merits, or certify its intention to grant the motion to the Court of Appeals, which could then entertain a motion to remand the case." United States v. Khoury, 901 F.2d 975, 976 at n.3 (11th Cir. 1990).

      The Government has not responded to the defendant's motion. It may do so within fourteen days from the date of this order.

      **DONE AND ORDERED** this 20th day of October, 2006.

                                                */s/Roger Vinson*
                                               **ROGER VINSON
                                               Senior United States District Judge**