**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                 **3:05CR17/RV
                                                                    3:07CV531/RV/MD**

**MICHAEL R. COFFMAN**

---

### ORDER

The defendant has filed a petition for issuance of certificate of appealability of this court's denial of his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 209).  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Because the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and for the reasons set forth in this court's February 26, 2009 order (doc. 206) adopting and incorporating the Magistrate Judge's Report and Recommendation (doc. 200), his request for a certificate of appealability is DENIED.

Defendant has not filed a motion for leave to proceed *in forma pauperis.*  Because the court finds that this appeal is not taken in good faith, and that defendant would not be otherwise entitled to so proceed, Fed.R.App.P. 24(a)(3), he shall pay the $455.00 appellate filing fee within thirty days.

DONE AND ORDERED this 9th  day of March, 2009.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**