**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                  Case No.  3:05CR17/RV/MD

MICHAEL REESE COFFMAN

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on March 18, 2009

Motion/Pleadings: OBJECTION/MOTION TO RECONSIDER JUDICIAL NOTICE OF FACTS UNDER FED.R.EVID.201(d) DATED 02/17/09 UNDER F.R.CIV.PROC.RULE 59(e)

Filed by Defendant   on 3/16/2008   Doc.# 213

RESPONSES:

                on                 Doc.#

                on                 Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 25th day of March, 2009, that:*
*(a) The relief requested is DENIED.*
*(b)*

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**